## LEILA M. PEDERSEN v. COUNTY OF CHIPPEWA.[1]

Nos. 34,495, 34,496.

February 6, 1948.

*Sigvald B. Oyen* and *John P. Nelson,* for appellant.
*R. M. Saltness* and *Ernest F. Jacobson,* for respondent.

MAGNEY, JUSTICE.

The questions raised in this case were considered and determined in Oleson v. County of Chippewa, 225 Minn. 412, 31 N. W. (2d) 432.

Judgments reversed.

UPON APPLICATION FOR REARGUMENT.

On March 12, 1948, the following opinion was filed:

PER CURIAM.

Judgments modified in accordance with original opinion herein, following opinion on application for reargument in Oleson v. County of Chippewa, 225 Minn. 422, 31 N. W. (2d) 437, filed herewith.

MR. JUSTICE JULIUS J. OLSON took no part in the consideration or decision of this case.

---

[1]Reported in 31 N. W. (2d) 438.